UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS WILLIAM SINCLAIR RICHEY,<br><br>                 Plaintiff,<br><br>    v.<br><br>SERGEANT FLEENOR,<br><br>                 Defendant. | No.  4:14-cv-05009-EFS<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION** |

    By Order filed February 12, 2014, the Court directed Mr. Richey to show cause why he should not be precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) ("section 1915(g)"), the "three strikes" provision of the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1995).  Plaintiff did not respond and has filed nothing further in this action.

    Court records from the Western District of Washington[1] show that Mr. Richey has filed two civil actions that were dismissed for failure

---

[1] *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking notice of judicial proceedings in another court); *see also Barron v. Reich*, 13 F.3d

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION -- 1

to state a claim and one appeal that was found frivolous.  In *Richey v. Thaut,* 3:11-cv-05680-RBL, the District Court ordered on March 26, 2012, "Plaintiff's claims are Dismissed without Prejudice for failure to exhaust and that the dismissal count as a strike pursuant to 28 U.S.C. § 1915(g)," ECF No. 24.  The Ninth Circuit (cause number 12-35254) affirmed and issued its Mandate on March 14, 2013.  In a second case titled, *Richey v. Thaut,* 3:11-cv-05755-BHS, the District Court granted Defendant's Motion to Dismiss First Amendment claims for failure to state a claim upon which relief may be granted on May 16, 2012, ECF No. 27.  The Ninth Circuit (cause number 12-35632) found "the appeal is frivolous," and issued its Mandate on November 15, 2012.

The allegations of his Complaint, including mail restrictions, interference with his access to the court and retaliation, do not show an "imminent danger of serious physical injury" which would excuse the preclusive effects of 28 U.S.C. § 1915(g).  Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED**.

Furthermore, having failed to pay the applicable fee of $400.00 ($350.00 filing fee plus $50.00 administrative fee) within the time allotted by the Court, **IT IS ORDERED** this action is **DISMISSED** without prejudice for failure to comply with 28 U.S.C. § 1914.

---

1370, 1377 (9th Cir. 1994) (matters subject to judicial notice may be considered under Fed. R. Civ. P. 12(b)(6)).

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION -- 2

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.  The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this   24th   day of March 2014.

s/ Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2014\prisoner14cv5009efs-3-17-denyIFPDismiss.docx

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION -- 3